UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------x
                                    :
IN RE: PEN REGISTER                 :     No.  3:19MJ00396(SALM)
                                    :
                                    :     August 29, 2019
                                    :
------------------------------------x
```

### ORDER RE: CONTINUED SEALING

The United States has submitted a motion seeking to maintain the documents filed in this matter under seal for an indefinite period of time. See Doc. #6. The government further seeks to seal the Motion to Continue Sealing.

The Court has reviewed the Motion to Continue Sealing, and finds that nothing in the text of that motion warrants sealing. Accordingly, the Motion to Continue Sealing (Doc. #6) will not be sealed.

The Court has also reviewed the other sealed documents in this matter. The Court finds that the Motion to Seal (Doc. #3) and Order granting that motion (Doc. #4) do not include any information that would warrant sealing. Accordingly, those documents shall be unsealed.

Finally, the Court has reviewed the Sealed Pen Register Order (Doc. #2) and Sealed Pen Register Application (Doc. #1) in this matter. The Court will extend the sealing of these documents to and including January 15, 2020. On or before January 8, 2020, the government shall file redacted versions of

1

the sealed documents (Doc. #1 and Doc. #2), on the open docket, in which case the original documents may remain sealed. In the alternative, the government may file (a) a notice with the Court indicating that the materials may be unsealed in their entirety, or (b) a motion for continued sealing, articulating the basis for such sealing.

It is so ordered. Entered at New Haven, Connecticut, this 29th day of August, 2019.

/s/ Sarah A. L. Merriam, USMJ
HON. SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE